# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | | PLAINTIFF |
| v. | No. 3:11CV00196 JLH | |
| SOUTHWESTERN BELL TELEPHONE COMPANY | | DEFENDANT |

## ORDER

The motion to withdraw Clayborne S. Stone as counsel of record for the defendant is GRANTED. Document #16. Mr. Stone is hereby withdrawn as counsel of record in this action.

IT IS SO ORDERED this 21st day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE